**Order entered May 17, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00252-CR

**ENRIQUE GONZALO EUAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-76141-P**

## ORDER

We **GRANT** Official Court Reporter Lisabeth Kellett's May 12, 2016 request for an extension of time to file the reporter's record. The reporter's record shall be due **TEN DAYS** from the date of this order.

/s/    LANA MYERS
       JUSTICE